## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **EXELCO NORTH AMERICA, INC.,** | Case No. 17-12029 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **EXELCO NV,** | Case No. 17-12030 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **FTK WORLDWIDE MFG. BVBA,** | Case No. 17-12031 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **IDEAL DIAMOND TRADING USA INC.,** | Case No. 17-12032 (KG) |
| **Debtor.** | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### STATUS CONFERENCE ON OCTOBER 3, 2017 AT 3:00 P.M. (ET)[1]

## STATUS CONFERENCE

1.      At the direction of the Court, a status conference in connection with the above-captioned cases will be held on October 3, 2017 at 3:00 p.m. (ET).

---

[1]      Parties wishing to participate in the telephonic status conference must make arrangements with CourtCall by telephone at (866) 582-6878.

Dated: Wilmington, Delaware
September 29, 2017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*

Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
mnestor@ycst.com.com
kenos@ycst.com
amagaziner@ycst.com

 -and-

Kathryn A. Coleman
Dustin Smith
Jacob H. Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
katie.coleman@hugheshubbard.com
dustin.smith@hugheshubbard.com
jacob.gartman@hugheshubbard.com

*Proposed Counsel for the*
*Debtors and Debtors in Possession*